UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
CARMEN APPLEWHITE and JAMILLAH SALAHUDDIN,

            Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; RICHARD CARRANZA, former Chancellor of NYDOE, KRISTINA BEECHER, Principal of PS 3 within district 13; THOMAS MCBRYDE, former Superintendent of District 19; RONALD JAMES, Principal of PS 202 in District 19; TIFFANY RICHARDS, former Assistant Principal of PS 202 in District 19;

            Defendants.
------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21-cv-02928 (AMD) (CLP)

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendants, New York City Department of Education, Richard Carranza, Kristina Beecher, Thomas McBryde, Ronald James, and Tiffany Richards (collectively "Defendants") in the above-referenced action. Assistant Corporation Counsel Corey B. Hirsch is no longer assigned to this case. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:  New York, New York
     May 25, 2022

            **HON. SYLVIA O. HINDS-RADIX**
            *Corporation Counsel of the City of New York*
            Attorney for Defendants
            100 Church Street, Room 2-109(g)
            New York, New York 10007
            (212) 356-5031
            rdibened@law.nyc.gov

            By: /s/ _____

Rachel M. DiBenedetto
Assistant Corporation Counsel

To: Bryan Glass, Esq. (**VIA ECF**)
Glass Harlow & Hogrogian LLP.,
Attorneys for Plaintiff
85 Broad Street, 16th Floor, WeWork
New York, NY 10004
(212) 537-2219
bglass@ghnylaw.com